# ELECTRONIC RECORD

COA # 07-13-00341-CR          OFFENSE: 1

STYLE: Roger Duane Stone v. The State of Texas          COUNTY: Hutchinson

COA DISPOSITION: AFFIRMED          TRIAL COURT: 316th District Court

DATE: 05/15/2015          Publish: NO          TC CASE #: 10,928

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Roger Duane Stone v. The State of Texas          CCA #: 759-15

__APPELLANT'S__ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

__REFUSED__          JUDGE: _____

DATE: 08/26/2015          SIGNED: _____          PC: _____

JUDGE: _per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**